**Order entered June 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00572-CV

### ANDRES CHEVEZ, Appellant

### V.

### JERRY L. BRINKERHOFF, ET AL, Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-015850-E**

## ORDER

Before the Court is appellant's June 5, 2013 motion for an extension of time to file his jurisdictional brief. Appellant's jurisdictional brief was due on June 3, 2013. Appellant informs the Court that his brief was ready on June 3, 2013 but there were problems with filing it electronically. In his motion, appellant asks for both a one-day extension and also an extension until June 17, 2013. As of today's date, appellant has not filed his jurisdictional brief. Accordingly, we **GRANT** appellant's motion **TO THE EXTENT** that appellant shall file his jurisdictional brief on or before June 12, 2013. No further extension of time will be granted.

/s/  CAROLYN WRIGHT
    CHIEF JUSTICE